# In the United States Court of Federal Claims

No. 23-2047 C

Filed: April 16, 2024

```
*************************************
ASSOCIATED ENERGY GROUP,         *
LLC,                             *
         Plaintiff,              *
                                 *
    v.                           *         JUDGMENT
                                 *
THE UNITED STATES,               *
         Defendant,              *
                                 *
    and                          *
                                 *
KROPP HOLDINGS, INC.,            *
         Defendant-Intervenor.   *
*************************************
```

Pursuant to the court's Order, filed April 15, 2024, granting defendant's and defendant-intervenor's motions to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff's complaint is dismissed.

Lisa L. Reyes
Clerk of Court

By:   s/ Ashley Reams
      Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.